UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MOISE MOISE NKUFI,

                Petitioner,

    v.

IMMIGRATION AND CUSTOMS ENFORCEMENT,

                Respondent.

CASE NO. 2:24-cv-00018-RSM-GJL

ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

This is a federal habeas action filed under 28 U.S.C. § 2241. Petitioner has submitted an application seeking leave to proceed with this action *In Forma Pauperis* ("IFP"). Dkt. 4. Petitioner's IFP Application demonstrates that he is unable to afford the $5.00 filing fee. Although Petitioner represents that he has $440 available to him, he also indicates that the monthly expenses he pays towards familial support far exceed this amount, making any additional expense impracticable. *Id.* at 2.

Accordingly, the IFP Application (Dkt. 4) is **GRANTED**. The Clerk is directed to file Petitioner's Petition for Writ of Habeas Corpus (Dkts. 1, 4-1) without the prepayment of fees.

1  The Clerk is further directed to send a copy of this Order to Petitioner.

2  Dated this 18th day of January, 2024.

_____
Grady J. Leupold
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 2