1
2
3
4
5

6                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
7                              AT TACOMA

8  | MOISE MOISE NKUFI,
9  |                Petitioner,                    CASE NO. 2:24-cv-00018-RSM-GJL
10 |        v.                                     **ORDER ADOPTING REPORT
                                                   AND RECOMMENDATION**
11 | DREW BOSTOCK, FIELD OFFICE
     DIRECTOR NORTHWEST ICE
12   PROCESSING CENTER,
13 |                Respondent.

14     The Court, having reviewed the Report and Recommendation of Magistrate Judge Grady

15 J. Leupold, objections to the Report and Recommendation, if any, and the remaining record, does

16 hereby find and ORDER:

17     (1)   The Court adopts the Report and Recommendation.

18     (2)   Petitioner's federal habeas Petition is dismissed without prejudice.

19     (3)   A certificate of appealability is denied in this case.

20     (4)   The Clerk is directed to send copies of this Order to Petitioner, counsel for
             Respondent, and to the Hon. Grady J. Leupold.
21
//
22
//
23
//
24

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

1 | **DATED** this 29th day of March, 2024.

_Signature_

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION - 2